

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00067-CR

Martin Rivera-Perez **GONZALES**, II,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-014805
Honorable Liza Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: May 6, 2026

DISMISSED FOR LACK OF JURISDICTION

Appellant Martin Rivera-Perez Gonzales, II filed a pro se notice of appeal that appears to challenge a January 6, 2026 Agreed Judgment of Incompetency. The agreed judgment finds appellant incompetent to stand trial and commits him to a mental health facility for 120 days for examination and treatment toward the objective of obtaining competency to stand trial. *See* TEX. CODE CRIM. PROC. art. 46B.005.

"Neither the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling under Article 46B.005." *Id.* art. 46B.011; *see also Martinez v. State*, No. 04-23-01082-CR, 2024 WL 350601, at *1 (Tex. App.—San Antonio Jan. 31, 2024, no pet.) (per curiam) (mem. op., not designated for publication); *Zbikowski v. State*, No. 04-23-00321-CR, 2023 WL 3984880, at *1 (Tex. App.—San Antonio June 14, 2023, no pet.) (per curiam) (mem. op., not designated for publication). Because it thus appears that we lack jurisdiction over this appeal, we ordered appellant to show cause in writing by April 6, 2026 why this appeal should not be dismissed for lack of jurisdiction. We cautioned appellant that if he failed to satisfactorily respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 43.2(f).

On March 10, 2026, appellant filed a pro se letter that attacked the merits of the underlying agreed judgment, but which did not address the jurisdictional issues cited in our order. Appellant's appointed counsel did not file a response to our order. Because the January 6, 2026 Agreed Judgment of Incompetency is not an appealable order, we dismiss this appeal for lack of jurisdiction. *See* TEX. CODE CRIM. PROC. art. 46B.011; *Martinez*, 2024 WL 350601, at *1; *Zbikowski*, 2023 WL 3984880, at *1.

PER CURIAM

DO NOT PUBLISH